UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Salahudin Ash-Shaheed

   v.                                                 Case No. 21-cv-227-LM

FCI Berlin

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 26, 2021, and dismiss plaintiff's complaint (Doc. No. 1) for failure to state a claim and deny plaintiff's motion for a temporary restraining order (Doc. No. 3).

                                                           _____
                                                           Landya B. McCafferty
                                                           Chief Judge

Date: May 5, 2021

cc: Salahudin Ash-Shaheed, pro se